NOVEMBER 4, 1985

No. 85–244. ADVENTURERS WHITESTONE CORP. *v.* CITY OF NEW YORK. Appeal from Ct. App. N. Y. dismissed for want of

936

substantial federal question.

